UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 14-12438-WGY |
| ) | |
| FUJITSU SEMICONDUCTOR LIMITED, ) | ORAL ARGUMENT REQUESTED |
| FUJITSU SEMICONDUCTOR AMERICA ) | |
| INC., TAIWAN SEMICONDUCTOR ) | |
| MANUFACTURING COMPANY LIMITED, ) | |
| AND TSMC NORTH AMERICA CORP., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED AND TSMC NORTH AMERICA TO DISMISS THE COMPLAINT FOR INEFFECTIVE SERVICE OF PROCESS**

Pursuant to Federal Rule of Civil Procedure 12(b)(5), defendants Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America (collectively, "TSMC") hereby move this Court for an order dismissing the Complaint filed by plaintiff Zond, LLC (Dkt. No. 1) for ineffective service of process. The grounds for TSMC's motion are set forth in the accompanying memorandum of law and declarations.

**ORAL ARGUMENT REQUESTED**

TSMC respectfully requests oral argument on its motion.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7. 1(A)(2)**

The undersigned certifies that he has met and conferred with Plaintiff's counsel by telephone and e-mail, in a good faith attempt to resolve or narrow the issues presented in this motion, and that Plaintiff's counsel indicated that Plaintiff will oppose the motion.

Dated: July 2, 2014
Respectfully submitted,

*/s/ Anthony J. Fitzpatrick*
Anthony J. Fitzpatrick (BBO No. 564324)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone (857) 488-4200
Facsimile: (857) 401-3018
Email: ajfitzpatrick@duanemorris.com

L. Norwood Jameson (*pro hac vice* application to be filed)
David C. Dotson (*pro hac vice* application to be filed)
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: wjameson@duanemorris.com
Email: dcdotson@duanemorris.com

Richard C Kim (*pro hac vice* application to be filed)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: rckim@duanemorris.com

R. Terry Parker (*pro hac vice* application to be filed)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 1036-4086
Telephone: (212) 692 1000
Facsimile: (212) 692 1020
Email: tparker@duanemorris.com

*Attorneys for Defendants Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America.*

## CERTIFICATE OF SERVICE

  I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

| | |
|---|---|
| July 2, 2014 | /s/ Anthony J. Fitzpatrick |
| | Anthony J. Fitzpatrick |

DM2\5009028.1