**ATTACHMENT 1**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 14-12438-WGY |
| ) | |
| FUJITSU SEMICONDUCTOR LIMITED, ) | ORAL ARGUMENT REQUESTED |
| FUJITSU SEMICONDUCTOR AMERICA ) | |
| INC., TAIWAN SEMICONDUCTOR ) | |
| MANUFACTURING COMPANY LIMITED, ) | |
| AND TSMC NORTH AMERICA CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**DECLARATION OF R. TERRY PARKER IN SUPPORT OF
DEFENDANTS TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY,
LIMITED AND TSMC NORTH AMERICA'S MOTION TO DISMISS THE
COMPLAINT FOR INEFFECTIVE SERVICE OF PROCESS**

I, R. Terry Parker, declare as follows:

1. I am an attorney with the firm Duane Morris LLP, counsel for defendants TSMC North America ("TSMC NA") and Taiwan Semiconductor Manufacturing Company, Limited ("TSMC Ltd." and together with TSMC NA collectively, "TSMC"). I submit this declaration in support of TSMC's Motion to Dismiss For Ineffective Service of Process.

2. Attached hereto as Exhibit A is a copy of an email to Anthony J. Fitzpatrick sent at 10:52 p.m. on June 5, 2014, with a letter from Tigran Vardanian to Michael Shen, Esq. dated June 5, 2014 that was attached thereto.

3. Attached hereto as Exhibit B is a printout from the Internet website located at URL https://businessfilings.sos.ca.gov.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2014 at Boston Massachusetts.

                                                            *s/R. Terry Parker*
                                                            R. Terry Parker

EXHIBIT A

| | |
|---|---|
| **From:** | Tigran Vardanian <tigran@radulescullp.com> |
| **Sent:** | Thursday, June 05, 2014 10:52 PM |
| **To:** | Fitzpatrick, Anthony J. |
| **Subject:** | Zond/TSMC Letter |
| **Attachments:** | 2014-6-5 Zond Ltr to TSMC.pdf |

Tony,

Please see the attached correspondence and please pass it on to your client. A hard copy is being FedExed to TSMC as well.

Best,
Tigran

# Tigran Vardanian

Radulescu LLP | Partner

646-502-5952 Direct
646-502-5950 Main
646-502-5959 Fax
312-545-3438 Cell
136 Madison Avenue, 6th Floor
New York, NY 10016
Tigran@Radulescullp.com



Tigran Vardanian
DIRECT LINE (646) 502-5952
tigran@radulescullp.com

Michael M. Shen, Esq.

Taiwan Semiconductor
Manufacturing Company, Ltd.
No. 8, Li-Hsin Road 6,
Hsinchu Science Park,
Hsinchu, Taiwan 30077

TSMC North America
2585 Junction Avenue,
San Jose, CA 95134

June 5, 2014

Re: U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and 7,446,479

Dear Mr. Shen,

As you know, my client, Zond, LLC ("Zond"), filed an action in 2013 against Taiwan Semiconductor Manufacturing Company, Ltd. and its subsidiary TSMC North America Corp. (together, "TSMC") in the District of Massachusetts (Civil Action No. 1:13-cv-11634-WGY) alleging infringement of seven of its patents by TSMC (the "11634 Action"). The 11634 Action was recently administratively closed in connection with *inter partes* review ("IPR") petitions filed by TSMC with respect to the patents asserted in the 11634 Action. Zond is confident that TSMC's IPR petitions are without merit, and that the 11634 Action will be shortly re-opened.

Additionally, based on its investigation, including the discovery in the 11634 Action, Zond believes that TSMC infringes several other Zond patents, including without limitation U.S. Patent Nos. 6,806,651; 6,896,773; 6,896,775; 6,903,511; 7,095,179; and 7,446,479. Zond intends to vigorously protect and enforce its intellectual property rights. In particular, Zond intends to file next week a new action in the District of Massachusetts, related to the 11634 Action, involving the same parties and the same accused TSMC products and processes, including products sold by TSMC to many of its customers. Unless TSMC promptly obtains a license to the right to use Zond's patented technology, Zond sees litigation as the only available avenue to put an end to TSMC's continued infringing activities.



If TSMC wishes to obtain a license to the above referenced and other Zond patents, please reach out to me by Noon Eastern time, on Monday, June 7, 2014.

Best regards,

*/s/ Tigran Vardanian*

Tigran Vardanian

*Copy to:*

Anthony J. Fitzpatrick, Esq.

EXHIBIT B

# Results Detail

<span style="color:red">Last statement filed on: 1/22/2014</span>

| Corporation ||||
|---|---|---|---|
| TSMC NORTH AMERICA ||||
| **Number:** C1500780 | **Incorporation Date:** 1/19/1988 || **Status:** Active |
| **Jurisdiction:** CA | **Type:** Domestic Stock |||
| Address ||||
| 2585 JUNCTION AVE, ||||
| SAN JOSE, CA  95134 ||||
| Agent For Service Of Process ||||
| STEVEN A SCHULMAN ||||
| 2585 JUNCTION AVE, ||||
| SAN JOSE, CA  95134 ||||

Please review this information to determine if you have located the correct corporation. The corporation is not yet due to file the required statement; therefore, this filing must be filed either by mail or at our public counter in Sacramento. Refer to Statement of Information for the forms and instructions.

[Search Results] [New Search]