UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FUJITSU SEMICONDUCTOR LIMITED, FUJITSU SEMICONDUCTOR AMERICA, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED, AND TSMC NORTH AMERICA CORP. <br><br> Defendants. | CIVIL ACTION NO. 1:14-cv-12438-WGY |

**DECLARATION OF CHRISTIAAN GONZALEZ IN SUPPORT OF PLAINTIFF ZOND LLC'S OPPOSITION TO DEFENDANTS TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED AND TSMC NORTH AMERICA'S MOTION TO DISMISS THE COMPLAINT <u>FOR INEFFECTIVE SERVICE OF PROCESS</u>**

I, Christiaan Gonzalez, declare as follows:

1. I have been a process server for approximately twenty years. I have worked for Pacific Coast Legal Services ("PCLS") for about one year.

2. On Friday, July 11, 2014, at approximately 1:30 PM, I arrived at the offices of TSMC NA at 2585 Junction Avenue, San Jose, CA 95134, in order to effect service of process on TSMC Ltd. and TSMC NA.

3. I spoke with the front desk receptionist at TSMC NA's offices, Jennifer Poulson, and asked for Steven Schulman, who is TSMC NA's registered agent for service of process. Ms. Poulson was unable to reach Mr. Schulman and was only able to reach his voicemail. Ms. Poulson left Mr. Schulman a voicemail.

4. Ms. Poulson stated that Mr. Schulman has regular business hours. Ms. Poulson suggested making a call to TSMC NA before arriving to confirm Mr. Schulman's hours.

5. After waiting for Mr. Schulman for approximately 10 minutes, I left the offices of TSMC NA.

6. On Friday at approximately 1:45 PM, at my direction, Nicole Lara, a Litigation Support Specialist at PCLS, called the phone number provided by Ms. Poulson. Ms. Lara spoke with Ms. Poulson, who stated that Mr. Schulman has regular business hours of 8:00 AM through 5:00 PM, Monday through Friday. Ms. Poulson further stated that Mr. Schulman would be in the office on Monday.

7. I returned to TSMC NA's offices on Monday, July 14, 2014, at approximately 2:30 PM.

8. I again spoke with Ms. Poulson, who stated that Mr. Schulman was not in the office.

9. I asked Ms. Poulson if any of the following TSMC representatives were available: president; chief executive officer; another head of the corporation; vice president; secretary or

assistant secretary; treasurer or assistant treasurer; controller or chief financial officer; or general manager.

10. In response to my request, Ms. Poulson called Mr. Schulman's secretary, who told her that Mr. Schulman was the only person authorized to accept service of process. Ms. Poulson relayed this information to me.

11. I asked Ms. Poulson for Mr. Schulman's direct phone number, but she did not provide that information. I then left TSMC NA's offices.

12. I returned to TSMC NA's offices on Tuesday, July 15, 2014, at approximately 10:30 AM.

13. I again spoke with Ms. Poulson. Ms. Poulson called Mr. Schulman but did not reach him. She instead reached Mr. Schulman's voicemail.

14. Ms. Poulson called Mr. Schulman's secretary. Mr. Schulman's secretary told Ms. Poulson that she would call her right back. I waited for approximately 15-20 minutes. Mr. Schulman's secretary did not call back.

15. Ms. Poulson again called Mr. Schulman's secretary, who told Ms. Poulson that Mr. Schulman was not in the office.

16. I asked Ms. Poulson when Mr. Schulman would be available. She stated that she did not know when or if Mr. Schulman would be in the office.

17. I again asked Ms. Poulson if any of the TSMC representatives listed in paragraph 9 above were available. In response, Ms. Poulson stated that Mr. Schulman was the only person authorized to accept service of process.

18. I again asked Ms. Poulson for Ms. Schulman's direct phone number. Ms. Poulson did not provide that information. I then left TSMC NA's offices.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 16 day of July, 2014, at San Jose, California

*[signature]*

Christiaan Gonzalez

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent those indicated as non-registered participants on the above date.

/s/ *Jae Ko*
Jae Ko