UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FUJITSU SEMICONDUCTOR LIMITED,<br>FUJITSU SEMICONDUCTOR AMERICA,<br>INC., TAIWAN SEMICONDUCTOR<br>MANUFACTURING COMPANY,<br>LIMITED, AND TSMC NORTH AMERICA<br>CORP.<br><br>        Defendants. | CIVIL ACTION NO. 1:14-cv-12438-WGY |

**DECLARATION OF DUSTIN K. FERRO IN SUPPORT OF
PLAINTIFF ZOND LLC'S OPPOSTION TO DEFENDANTS TAIWAN
SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED AND TSMC NORTH
AMERICA'S MOTION TO DISMISS THE COMPLAINT
<u>FOR INEFFECTIVE SERVICE OF PROCESS</u>**

I, Dustin K. Ferro, declare as follows:

1. I have been a process server for approximately eight years. I have worked for Pacific Coast Legal Services ("PCLS") for approximately the last year and a half.

2. On Monday, July 14, 2014, at 10:00 AM, I arrived at the offices of TSMC NA at 2585 Junction Avenue, San Jose, CA 95134, in order to effect service of process on TSMC Ltd. and TSMC NA.

3. I spoke with the front desk receptionist, Jennifer Poulson, and asked for Steven Schulman, who is TSMC NA's registered agent for service of process. Ms. Poulson was unable to reach Mr. Schulman and was only able to reach his voicemail.

4. I asked Ms. Poulson if she knew when Mr. Schulman would be available. She stated that she did not have access to his schedule and did not know when he would be available.

5. I left and returned to TSMC NA's offices at approximately 11:00 AM. I again asked Ms. Poulson for Mr. Schulman. Ms. Poulson was again unable to reach Mr. Schulman and was only able to reach his voicemail.

6. I asked Ms. Poulson if Mr. Schulman was in the office today. Ms. Poulson stated that she did not know as she did not have access to that information.

7. I asked Ms. Poulson if I could speak with Mr. Schulman's assistant. Ms. Poulson contacted Mr. Schulman's assistant, Andrea.

8. Andrea told Ms. Poulson that Mr. Schulman was not in the office.

9. I then asked Ms. Poulson to ask Andrea when Mr. Schulman would be in. However, Ms. Poulson did not relay my question, but instead, hung up the phone.

10. Unable to obtain any further information about Mr. Schulman's schedule, I left TSMC NA's offices.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 16 day of July, 2014, at San Jose, California

Dustin K. Ferro

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent those indicated as non-registered participants on the above date.

/s/ *Jae Ko*
Jae Ko