UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FUJITSU SEMICONDUCTOR LIMITED, FUJITSU SEMICONDUCTOR AMERICA, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED, AND TSMC NORTH AMERICA CORP.<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:14-cv-12438-WGY |

**DECLARATION OF KRISTA CANTU IN SUPPORT OF
PLAINTIFF ZOND LLC'S OPPOSTION TO DEFENDANTS TAIWAN
SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED AND TSMC NORTH
AMERICA'S MOTION TO DISMISS THE COMPLAINT
<u>FOR INEFFECTIVE SERVICE OF PROCESS</u>**

I, Krista Cantu, declare as follows:

1. I am the owner of Pacific Coast Legal Services ("PCLS"). I have been the owner of PCLS for approximately the past three and a half years.

2. On Tuesday, July 15, 2014, at approximately 1:00 PM, I searched for and found a phone number for TSMC NA online. I called this number and planned to ask if I could speak with Mr. Steven Schulman and to ask him when he would be in the office and available to accept service of process.

3. A female answered the phone on behalf of TSMC. I asked her if I could speak with Steven Schulman. She transferred me to Mr. Schulman's line.

4. Mr. Schulman did not answer the phone, but I reached his voicemail. Mr. Schulman's voicemail message stated that he was out of the office from Monday, July 14, 2014 through Tuesday, July 22, 2014.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 16 day of July, 2014, at San Jose, CA.

_Krista Cantu_
Krista Cantu

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent those indicated as non-registered participants on the above date.

              /s/ *Jae Ko*
              Jae Ko