UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FUJITSU SEMICONDUCTOR LIMITED, FUJITSU SEMICONDUCTOR AMERICA, INC., TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED, AND TSMC NORTH AMERICA CORP.<br><br>        Defendants. | CIVIL ACTION NO. 1:14-cv-12438-WGY |

**DECLARATION OF THOMAS J. BOWMAN, JR. IN SUPPORT OF PLAINTIFF ZOND LLC'S OPPOSTION TO DEFENDANTS TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED AND TSMC NORTH AMERICA'S MOTION TO DISMISS THE COMPLAINT <u>FOR INEFFECTIVE SERVICE OF PROCESS</u>**

I, Thomas J. Bowman, Jr., declare as follows:

1. I am the founder and President of Sterling Madison Company ("Sterling Madison"), which offers, among other legal services, process service. I submit this declaration in support of the plantiff Zond, LLC's ("Zond") opposition to the motion of defendants Taiwan Semiconductor Manufacturing Company Limited ("TSMC Ltd.") and TSMC North America ("TSMC NA") to dismiss for ineffective service of process in the above-captioned action.

2. I founded Sterling Madison in 1973 and currently serve as its president. I have been a process server in the State of California continually since 1965. Additionally, I have been a member of the California Association of Legal Support Professionals ("CALSPro") since 1975, holding offices at various times including president and chairman of the board. I am also a member of the National Association of Professional Process Servers ("NAPPS"), which I helped found in 1981.

3. Sterling Madison has a contract with One Legal LLC ("One Legal") to provide process servers for service of process in Santa Clara County, California. On the date in question, June 11, 2014, I acted under contract with One Legal to serve process on TSMC Ltd. and TSMC NA on behalf of Zond LLC for the above-captioned litigation.

4. On June 11, 2014, at approximately noon, I arrived at the offices of TSMC NA at 2585 Junction Avenue, San Jose, CA 95134, in order to effect service of process on TSMC Ltd. and TSMC NA.

5. TSMC NA's offices have one large desk in the front reception area. Jennifer Poulson was the only person at this desk. I asked Ms. Poulson for Steven Schulman, who is TSMC NA's registered agent for service of process. Ms. Poulson was unable to reach Mr. Schulman. I waited while Ms. Poulson tried to reach someone else, but she was unable to do so.

6. At approximately 12:48 PM, I left the summons, complaint, and civil case cover sheet for this case with Ms. Poulson.

7. When the registered agent for service of process is unavailable, it is my regular practice to inform the person with whom I leave the appropriate documents that I am serving the business or businesses in question—in this case, TSMC Ltd. and TSMC NA—that I am serving the authorized agent and providing their name—in this case, Mr. Schulman—and that I am leaving the documents with that person, telling them that they are "the person apparently in charge." I have no reason to believe that I did not follow my regular practice in this case at the time I provided the summons, complaint, and civil case cover sheet to Ms. Poulson.

8. Ms. Poulson did not object when I left the documents in question with her.

9. Ms. Poulson did not indicate that she was not a TSMC employee. I believed and understood at the time of service that Ms. Poulson was a TSMC employee.

10. Ms. Poulson did not indicate that she was a temporary employee. I believed and understood at the time of service that Ms. Poulson was not a temporary employee.

11. Ms. Poulson did not indicate that she did not have authority to accept service. I believed and understood at the time of service that Ms. Poulson had authority to accept service.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 11th day of July, 2014, at SAN JOSE CALIFORNIA.

Thomas J. Bowman, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent those indicated as non-registered participants on the 16th day of July, 2014.

/s/ *Jae Ko*
Jae Ko