UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FUJITSU SEMICONDUCTOR LIMITED, )<br>FUJITSU SEMICONDUCTOR AMERICA )<br>INC., TAIWAN SEMICONDUCTOR )<br>MANUFACTURING COMPANY LIMITED, )<br>and TSMC NORTH AMERICA CORP., )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO. 14-12438-WGY |

**JOINT MOTION OF PLAINTIFF ZOND, LLC AND DEFENDANTS TAIWAN
SEMICONDUCTOR MANUFACTURING COMPANY LIMITED AND
TSMC NORTH AMERICA CORPORATION REQUESTING A CONFERENCE
REGARDING THE PARTIES' JOINT SCHEDULING REPORT**

Plaintiff Zond, LLC ("Zond") and Defendants Taiwan Semiconductor Manufacturing Company Limited and TSMC North America Corporation (collectively, "TSMC") respectfully request a conference with the Court to address disputed provisions of the Parties' Joint Fed. R. Civ. P. 26(f) Scheduling Report (Dkt. No. 56). The parties request a hearing so that they may provide full context and assist the Court's determination of the disputed issues. The disputes are outlined in the Parties' Joint Fed. R. Civ. P. 26(f) Scheduling Report, and include the following:

1. Timing of Narrowing Asserted Claims and Prior Art References (Joint Report Section II(C)(iv));

2. Inspection of TSMC's Manufacturing Facilities (Joint Report Section II(C)9iii));

3. Named Inventor Deposition (Joint Report Section II(e)(b));

4. Fact Deposition and Rule 30(b)(6) Deposition Limitations (Joint Report Section II(e)(a); and

    5.   Privilege Logs (Joint Report Section II(f)).

Dated: October 3, 2014

Respectfully submitted,

**Taiwan Semiconductor Manufacturing Company, Limited and TSMC North America Corp.**

*/s/Anthony J. Fitzpatrick*
Anthony J. Fitzpatrick (BBO No. 564324)
Patricia R. Rich (BBO No. 640578)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone (857) 488-4200
Facsimile: (857) 401-3018
Email: ajfitzpatrick@duanemorris.com
Email: prich@duanemorris.com

L. Norwood Jameson
(admitted *pro hac vice*)
David C. Dotson
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: wjameson@duanemorris.com
Email: dcdotson@duanemorris.com

Richard C Kim
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
Email: rckim@duanemorris.com

        R. Terry Parker
(admitted *pro hac vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 1036-4086
Telephone: (212) 692 1000
Facsimile: (212) 692 1020
Email: tparker@duanemorris.com


**Zond, LLC**

*/s/ Tigran Vardanian*
David S. Godkin (BBO#196530)
Andrew A. Caffrey III (BB0#660481)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
617-307-6100
godkin@birnbaumgodkin.com
caffrey@birnbaumgodkin.com

David C. Radulescu, Ph.D.
Tigran Vardanian
Robin M. Davis
Michael D. Sadowitz
RADULESCU LLP
136 Madison Ave, 6th Floor
New York, NY 10016
646-502-5950
david@radulescullp.com
tigran@radulescullp.com
robin@radulescullp.com
mike@radulescullp.com

## CERTIFICATE OF SERVICE

      I certify that this document has been filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

October 3, 2014                                     */s/ Anthony J. Fitzpatrick*
                                                                Anthony J. Fitzpatrick