## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 14-12438-WGY |
| | ) |
| FUJITSU SEMICONDUCTOR LIMITED, | ) |
| FUJITSU SEMICONDUCTOR AMERICA | ) |
| INC., TAIWAN SEMICONDUCTOR | ) |
| MANUFACTURING COMPANY LIMITED, | ) |
| AND TSMC NORTH AMERICA CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF ANTHONY J. FITZPATRICK IN SUPPORT OF DEFENDANTS TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY, LIMITED AND TSMC NORTH AMERICA'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11

I, Anthony J. Fitzpatrick, declare as follows:

1. I am an attorney with the firm Duane Morris LLP, counsel for defendants TSMC North America ("TSMC NA") and Taiwan Semiconductor Manufacturing Company, Limited ("TSMC Ltd." and together with TSMC NA collectively, "TSMC"). I submit this declaration in support of TSMC's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11.

2. Attached hereto as Exhibit A is true and accurate copy of a June 27, 2014 letter from W. Jameson to T. Vardianian.

3. Attached hereto as Exhibit B is a true and accurate copy of a July 7, 2014 letter from D. Radulescu to W. Jameson.

4. Attached hereto as Exhibit C is a true and accurate copy of a July 17, 2014 letter from W. Jameson to D. Radulescu.

2

5. Attached hereto as Exhibit D is a true and accurate copy of an October 3, 2014 letter from L. Norwood Jameson to D. Radulescu and T. Vardanian.

6. Attached hereto as Exhibit E is a true and accurate copy of a letter from T. Vardanian to Michael M. Shen, Esq., Taiwan Semiconductor Manufacturing Company, Ltd., and TSMC North America, dated June 5, 2014.

7. Attached hereto as Exhibit F is a true and accurate copy of an October 20, 2014 letter from D. Radulescu to W. Jameson.

8. Attached hereto as Exhibit G is a true and accurate copy of U.S. Patent No. 6,806,651.

9. Attached hereto as Exhibit H is a true and accurate copy of U.S. Patent No. 7,446,479.

10. Attached hereto as Exhibit I is a true and accurate copy of U.S. Patent No. 6,903,511.

11. Attached hereto as Exhibit J is a true and accurate copy of an October 29, 2014 letter from W. Jameson to Zond Counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of November, 2014 at Boston Massachusetts.

                                        /s/Anthony J. Fitzpatrick
                                        Anthony J. Fitzpatrick

**CERTIFICATE OF SERVICE**

      I certify that this document has been served on counsel for Zond through the ECF System and by email on November 3, 2014.

                                        */s/Anthony J. Fitzpatrick*
                                        Anthony J. Fitzpatrick

DM2\5162406.2